IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ANTOINE L. ARDDS,**

Plaintiff,

v.

**K. MARTIN, et al.,**

Defendants.

Case No. 2:20-cv-0133 TLN KJN P

[PROPOSED] ORDER

Plaintiff is a state prisoner, proceeding pro se. On July 15, 2021, defendant V. Kieu filed a motion for extension of time to file a responsive pleading. Upon consideration, and good cause appearing defendant's motion is granted. Defendant V. Kieu shall file a responsive pleading on or before August 11, 2021. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 30) is granted; and

2. Defendant V. Kieu shall file a responsive pleading on or before August 11, 2021.

Dated: July 16, 2021

/ardd0133.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE