IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINE L. ARDDS,** | Case No. 2:20-cv-0133 TLN KJN P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION |
| v. | |
| **KENNETH MARTIN, et al.,** | |
| Defendants. | |

  Plaintiff is a state prisoner, proceeding pro se.  Defendants moved for summary judgment based on plaintiff's alleged failure to exhaust administrative remedies.  In addition, defendants moved to stay all deadlines pending resolution of their motion for summary judgment.

  Having read and considered defendants' motion to stay deadlines, the undersigned finds good cause to vacate such deadlines, and the scheduling order is vacated.  Discovery is stayed pending further order of court.  If appropriate, a new scheduling order will issue following resolution of defendants' motion for summary judgment.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Defendants' motion (ECF No. 38) is granted; and

////

////

2. The August 17, 2021 (ECF No. 35) scheduling order is vacated. The court will issue a new discovery and scheduling order, if appropriate, following resolution of defendants' motion for summary judgment.

Dated:  October 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ards0133.vac