1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINE L. ARDDS,** | Case No. 2:20-cv-0133 TLN KJN P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **K. MARTIN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On December 8, 2022, defendant V. Kieu requested that the court extend the time for her to answer plaintiff's second amended complaint, such that all responsive pleading deadlines are streamlined and defendants can file a single responsive pleading. Defendant seeks an order granting an extension to respond at the same time as defendants Lundgren and Bogacs. E-service on such defendants was ordered on November 21, 2022. Upon consideration, and good cause appearing defendant Kieu's motion is granted. Defendant V. Kieu shall file a responsive pleading within sixty days after the Office of the Attorney General files a waiver of service of process as to the remaining defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Kieu's motion for an extension of time (ECF No. 53) is granted; and

2. Defendant V. Kieu shall file a responsive pleading within sixty days after the Office of the Attorney General files a waiver of service of process as to defendants Lundgren and Bogacs.

Dated: December 14, 2022

/ardd0133.ext

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE