UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>   Plaintiff,<br><br>   v.<br><br>KENNETH MARTIN, et al.,<br><br>   Defendants. | No.  2:20-cv-0133 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On May 22, 2023, the undersigned issued a discovery and scheduling order.  On June 7, 2023, plaintiff filed a request for 19 subpoenas for witnesses he is requesting for trial.  However, this case has not yet been set for trial.  Moreover, the discovery and scheduling order provided the process that plaintiff must follow in order to obtain a witness for trial.  (ECF No. 59 at 2-4.)  The order explained that motions for the attendance of witnesses at trial must be filed with plaintiff's pretrial statement, and the court has not yet issued an order setting a deadline for the filing of pretrial statements.  Rather, the parties must first complete discovery, and any pretrial motions must be resolved first.  Therefore, plaintiff's request is premature and must be denied.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoenas (ECF No. 60) is denied without prejudice.

Dated: June 13, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ardd0133.subp