IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINE L. ARDDS,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**KENNETH MARTIN, et al.,**<br><br>                              Defendants. | Case No. 2:20-cv-0133 TLN KJN P<br><br>~~[PROPOSED]~~ ORDER |

    Plaintiff is a state prisoner proceeding pro se. On December 19, 2023, defendants moved for a stay of the December 28, 2023 dispositive motion deadline pending resolution of their request for reasonable expenses incurred from opposing plaintiff's motion to compel in the amount of $1,100.00. At the time defendants filed their motion they had not yet received plaintiff's opposition which was also entered on the court's docket on December 19, 2023.

    Good cause appearing, defendants' motion for stay is denied, but the request to vacate the pretrial motions deadline is granted. The deadline for filing pretrial motions will be reset, if appropriate, following resolution of defendants' request for reasonable expenses.

    Under Local Rule 230(l), defendants have fourteen days from December 19, 2023, in which to file a reply to plaintiff's opposition. Id. In the instant motion, defendants added new requests concerning the payment of any fees the court might order. (ECF No. 68 at 4 n.2.) If defendants

include such new requests in their reply to plaintiff's opposition, plaintiff shall have an additional fourteen days from the date defendants serve their reply to file a surreply.

All parties shall refrain from filing a pretrial motion until further order of the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are relieved of their obligation to file pretrial motions on or before December 28, 2023, previously set in the May 22, 2023 Discovery and Scheduling Order (ECF No. 59);

2. The deadline for filing pretrial motions will be reset, if appropriate, following resolution of defendants' request for reasonable expenses; and

3. All parties shall refrain from filing a pretrial motion until further order of the court.

Dated:  December 26, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ardd0133.vac