IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINE L. ARDDS,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH MARTIN, et al.,**<br><br>Defendants. | Case No. 2:20-cv-0133 TLN KJN P<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF REQUEST FOR REASONABLE EXPENSES |

Plaintiff is a state prisoner, proceeding pro se. Defendants request an extension of time to file a reply in support of their request for reasonable expenses in opposing plaintiff's motion to compel. Good cause appearing, defendants' request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension (ECF No. 71) is granted; and

2. Defendants may file and serve their reply on or before January 16, 2024.

Dated: January 4, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ardd0133.ext