IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINE L. ARDDS,**<br><br>        Plaintiff,<br><br>    v.<br><br>**KENNETH MARTIN, et al.,**<br><br>        Defendants. | Case No. 2:20-cv-0133 TLN CSK P<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION FOR FIRST EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

   Plaintiff is a state prisoner proceeding pro se.  On May 3, 2004, defendants filed a motion for first extension of time to file a reply to plaintiff's opposition to the pending motion for summary judgment.  Having reviewed and considered defendants' motion, the declaration of defendants' counsel in support, and for good cause shown, the motion is granted.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants' motion (ECF No. 83) is granted; and

   2. Defendants may file and serve their reply brief on or before May 20, 2024.

Dated:  May 6, 2024

/1/ardd0133.eot

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE